# EXHIBIT E

076618 10/08



# verizon



### BANKRUPTCY & DIVORCE



HAMPTON ROADS

The "TWIN SISTER" Team

**Bullock & Cooper**
Attorneys At Law

5741 Cleveland St., Ste. 220,
Virginia Beach, VA 23462

**(757) 965-3608**

www.BullockCooper.com

- Criminal
- Traffic
- DUI



Look inside under
**MILITARY**

## SOUTH HAMPTON ROADS

Chesapeake • Norfolk • Portsmouth • Virginia Beach Edition

*Includes Listings For: All Of South Hampton Roads*

# Verizon Yellow Pages



**OCTOBER 2008-2009
AREA CODE 757**

Includes Listings of All Local Exchange Telephone Companies

The Official Directory of Verizon Phone Services


idearc

superpages.com

# CHOW
**FOOD. DRINK. FUN.**

find great food anywhere

chow.com

Order any directory anytime by calling 1-800-888-8448 or online at www.directorystore.com

superpages.com

TRANSMISSIONS 1795





At AAMCO, we thoroughly explain our service before we start doing the work

## For a job done right, guaranteed, at a price that's right!

- FREE TOWING*
- Certified Technicians
- Computer Diagnostics
- Expanded Hours: Mon-Sat
- Locally Owned & Operated

- Financing Arranged on Approved Credit
- We Honor Most Extended Warranties

**The AAMCO difference**
*The Best Warranty In The Business*
3 Year/36,000 Mile and Lifetime Coverage*
Available Nationwide

### Over 25 million customers and 40 years in business!

**Chesapeake**
757 436-1221
111 Gainsborough Sq.
Off Battlefield Blvd.
1 Block South of Chesapeake General Hospital

**Chesapeake**
757 424-6444
1330 S. Military Hwy
Greenbrier Area

**Norfolk**
757 855-0118
3330 N. Military Hwy.
Near Airport

**Suffolk**
757 934-2345
820 West Constance Rd.
Corner of W. Constance &
W. Washington

**Virginia Beach**
757 499-4109
4941 Virginia Beach Blvd.
1/2 Mile West of Pembroke Mall

**Virginia Beach**
757 425-3333
1949 Virginia Beach Blvd.
1 block from Hilltop Shopping Center

**Portsmouth**
757 397-1111
4117 Portsmouth Blvd
At Alexanders Corner



www.aamco.com

*Some charges, exclusions and limitations apply.
See participating dealer for details. ©AAMCO All Rights Reserved.

Virgin Book
Published 10/2009 - 10/2010

# Yellow Book 2008-2009

## South Hampton Roads

### Chesapeake • Norfolk • Portsmouth
### Suffolk • Virginia Beach

**Complete Yellow Pages And Business White Pages**
Residential White Pages @ yellowbook.com

*Since 1930*

Plumbing Heating AC
A-1 AMERICAN
(757) 512-5395
Emergency Repair Service

104149   4/08



COXTix.com
CONSTANT · LANDMARK · OLD DOMINION
888-3-COXTIX
(888-326-8849)



NAUTICUS
(757) 664-1000
WWW.NAUTICUS.ORG
ON THE DOWNTOWN NORFOLK WATERFRONT



Admobile
(757) 321-8034
www.admobileva.com



Great local search - nationwide... **yellowbook.com**

To Promote Your Business Call 1-800-YB-YELLOW (1-800-929-3556)

| T | 1488 | TRANSMISSIONS-AUTO |

## At AAMCO, We Thoroughly Explain Our Service Before We Start Doing The Work




For A Job Done Right,
Guaranteed,
At A Price That's Right!

- FREE TOWING With Transmission Repair Service
- Certified Technicians
- Computer Diagnostics
- Financing Arranged On Approved Credit
- We Honor Most Extended Warranties
- Locally Owned & Operated
- Expanded Hours: Mon-Sat

Over 20 Million Customers And
40 Years In Business!

### The AAMCO Difference

**The Best Warranty In The Business**

3 Year/36,000 Mile And Lifetime Coverage*

Available Nationwide

**Virginia Beach**
**757-425-3333**
1949 Virginia Beach Blvd.
1 Block From Hilltop Shopping Center
London Bridge Area

**Virginia Beach**
**757-499-4109**
4941 Virginia Beach Blvd.
½ Mile West Of Pembroke Mall

**Suffolk**
**757-934-2345**
820 West Constance
Corner Of W. Constance
And W. Washington

**Portsmouth**
**757-397-1111**
4117 Portsmouth Blvd.
At Alexanders Corner

**Chesapeake**
**757-424-6444**
1330 South Military Hwy.
Greenbriar Area

**Chesapeake**
**757-436-1221**
111 Gainsborough Square
Off Battlefield Blvd. 1 Block
South Of Chesa. Gen. Hospital

**Norfolk**
**757-855-0118**
3330 North Military Hwy.
Near Airport



www.aamco.com

*Some Charges, Exclusions And Limitations Apply. See Independent Dealer For Details. © ATI All Rights Reserved.



4/2009 – 4/2010

*Your* community 103011 9/09



2009 2010
8th Edition




# Portsmouth · Churchland · Western Branch
# Northern Suffolk

www.yourcommunity.com

TREE 123

- TRAILER & MOBILE HOME PARKS
See Mobile Homes-Parks

### TRAILER RENTING & LEASING

Mid Atlantic Leasing
  4209 S Military Hwy Chspk ........... 757 487-0303
U-Haul Co
  2618 Airline Blvd Prtsmth ............. 757 465-2301
  3501 Portsmouth Blvd Prtsmth ....... 757 397-0527
  U-Haul Co ................................. 757 483-2087
  3614 Western Branch Blvd Prtsmth .. 757 393-4067
U-Haul Co complex 830 Broad St ..... 757 393-2850

### TRAILERS—EQUIPMENT & PARTS

Wilbar Truck Equipment Inc
  3800 Frederick Blvd Prtsmth ......... 757 397-3200

### TRAILERS—REPAIRING & SERVICE

Express Container Services Inc
  800 Chautauqua Av Prtsmth .......... 757 393-0051
International Containers Services Inc
  1800 Seaboard Av Prtsmth ........... 757 393-0292

### TRAINING—PROGRAM DESIGNING & DEVELOPMENT

Leadership Training International
  3217 Western Branch Blvd Chspk ... 757 673-6581

- TRAINS—MODEL
See Hobby & Model Construction Supplies—Retail

### TRANSMISSIONS—AUTOMOBILE


AAMCO Transmissions ............... 757 397-1515
Boulevard Transmissions Co
  1411 Airline Blvd Prtsmth ............. 757 397-3609

### TRANSMISSIONS—AUTOMOBILE (CONT'D)

Culpepper Complete Automotive Repair
  3511 Race St Portsmouth ............ 757 397-7031
Finks Wheel Shop
  2236 S Military Highway Chesapeake .. 757 545-3573
  2236 S Military Hwy Chesapeake ... 757 545-3573

### TRANSMISSIONS—TRUCK, TRACTOR, ETC.

Western Branch Diesel Inc
  Western Branch Diesel Inc ........... 757 673-7110

### TRANSPORTATION CONSULTANTS

G & P Trucking
  2656 Elmhurst Lane Ext Prtsmth .... 757 405-0442
G & P Trucking Co Inc
  2656 Elmhurst Lane Ext Prtsmth .... 757 405-9460
Rail Direct Transportation Company
  301 Broad St Prtsmth ................. 757 398-8600

### TRANSPORTATION SVC

Accent Transport Services Inc Chspk .. 757 605-0605
5 Star Medical Transport LLC Chspk ... 757 558-4050
Madaris Transportation 3025 Guy Ct Chspk .. 757 558-6095
Portside Taxi Service
  Serving South Hampton Roads ...... 757 235-5099
Synergy Flow Systems 305 E St Prtsmth .. 757 673-2869

### TRAVEL AGENCIES & BUREAUS

Cwt Nmc Prtsmth ......................... 757 397-0650
Emperess Anderson's Travel Prtsmth .. 757 483-9858
James Wyatt 3420 Canterbury Dr Prtsmth .. 757 484-3354
Travel By Trish Stlk ...................... 757 484-7747

- TRAVEL MEDICINE
See Health Information & Treatment Centers

### TRAVELERS CHECKS

American Express ...................... 800 221-7282
MasterCard .............................. 800 223-9920
Visa ....................................... 800 221-2426

### TREE SERVICE

A Arbor Tree Care Inc .................. 757 425-1995
AAAAAll Area Tree Removal
  1398 London Bridge Rd Ste 109 Virginia
  Beach ................................... 757 301-2334
**ARBOR TREE CARE INC**
  www.arbortreecareinc.com ........... 757 425-1995
  (See Our Ad Page 126)
Armor Tree Service
  Serving All Of Hampton Roads ...... 757 513-0556
B Walker & Son's Tree & Crane Service .. 757 488-9061
**BURTON'S TREE SERVICE**
  Serving All Of Hampton Roads ...... 757 488-1907
  (See Our Ad Page 126)
Butch's Tree Service Inc .............. 757 483-4365
**CHESAPEAKE BAY TREE INC**
  Serving All Of Tidewater ............. 757 651-7040
  (See Our Ad Page 125)
Merritts Stump Grinding
  Serving All Of Hampton Roads ...... 757 235-4590

CONTINUED NEXT LISTING PAGE

62% of consumers say the Yellow Pages helped them
decide which brand/service to use.
— Source Yellow Pages Integrated Media Assoc.



Better Than Ever! YourCommunity.com Easy As 1-2-3! Your Local Search Engine Make Us Your Favorite Bookmark Us!

FRC listing 9/1/09 – 9/2010






## For a job done right, guaranteed, at a price that's right!

- FREE TOWING with Transmission Repair Service
- Certified Technicians
- Computer Diagnostics
- Expanded Hours: Mon-Sat
- Financing Arranged on Approved Credit
- We Honor Most Extended Warranties
- Locally Owned & Operated

**The AAMCO difference**
*The Best Warranty In The Business*
3 Year/36,000 Mile and Lifetime Coverage*
Available Nationwide

### Over 25 million customers and 45 years in business!

**Virginia Beach**
**757 425-3333**
1949 Virginia Beach Blvd.
1 Block From Hilltop Shopping Center
London Bridge Area

**Virginia Beach**
**757 499-4109**
4941 Virginia Beach Blvd.
½ Mile West of Pembroke Mall

**Suffolk**
**757 934-2345**
820 W. Constance Rd.
Corner of W. Constance And W. Washington

**Portsmouth**
**757 397-1111**
4117 Portsmouth Blvd.
At Alexanders Corner

**Chesapeake**
**757 424-6444**
1330 S. Military Hwy
Greenbriar Area

**Chesapeake**
**757 436-1221**
111 Gainsborough Square
Off Battlefield Blvd, 1 Block South of Chelsea Gen. Hospital

**Norfolk**
**757 855-0118**
3330 N. Military Hwy
Near Airport

www.aamco.com

*Some restrictions exclusions and limitations apply. See Independent Dealer for details. © AAMCO Rights Reserved.

Published 10/2009 – 10/2010