```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AAMCO TRANSMISSIONS, INC.       :    CIVIL ACTION
                                :
        v.                      :
                                :
JAMES M. DUNLAP                 :    NO. 10-611
```

ORDER

AND NOW, this 2nd day of March, 2010, upon consideration of the motion for admission of counsel pro hac vice (docket entry # 6), and James A. Goniea, Esq., having paid the requisite $40.00 fee, it is hereby ORDERED that:

      1. The motion for admission pro hac vice is GRANTED; and

      2. James A. Goniea, Esq., may PRACTICE in this Court on this case in accordance with Local R. Civ. P. 83.5.2(b).

BY THE COURT:

/s/ Stewart Dalzell, J.