```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AAMCO TRANSMISSIONS, INC.      :     CIVIL ACTION
                               :
        v.                     :
                               :
JAMES M. DUNLAP                :     NO. 10-611
```

ORDER

AND NOW, this 5th day of March, 2010, upon consideration of plaintiff's motion for a preliminary injunction (docket entry #4), and plaintiff's epistolary request to cancel the preliminary injunction hearing scheduled for March 17, 2010, and the Court finding that:

(a)  Plaintiff informs the Court that the parties have tentatively reach a resolution with respect to plaintiff's motion for preliminary injunction;

(b)  Plaintiff further informs the Court that a resolution of the entire action is being discussed and that it anticipates that it will soon be filing a dismissal in accordance with Fed. R. Civ. P. 41(a);

It is hereby ORDERED that:

1.  The motion for preliminary injunction (docket entry #4) is DENIED AS MOOT WITHOUT PREJUDICE;

2.  The preliminary injunction hearing scheduled for March 17, 2010 at 2:00 p.m. is hereby CANCELED; and

       3.   Plaintiff shall REPORT by fax (215-580-2156) by April 1, 2010 regarding whether settlement has been reached, and submit additional reports on the first day of each month thereafter as necessary.

                             BY THE COURT:

                             <u>/s/ Stewart Dalzell, J.</u>