IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
|     Plaintiff, : | |
|   v. : | |
| JAMES M. DUNLAP : | No.  10-611 |
|     Defendant. : | |

**PLAINTIFF'S PRAECIPE TO DISMISS CASE PURSUANT RULE 41(a)(1)**

TO THE COURT CLERK:

In that Defendant has not filed any answer or motion for summary judgment, please dismiss this action, without prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A).

                                    Respectfully submitted,

3/26/10                                    /s/William B. Jameson
DATE                                    William B. Jameson, Esquire
                                        Attorney for Plaintiff
                                        AAMCO Transmissions, Inc.
                                        201 Gibraltar Road, Suite 150
                                        Horsham, PA 19044
                                        (610) 668-2900

IN THE COURT OF COMMON PLEAS
MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
|     Plaintiff, : | |
|   v. : | |
| JAMES M. DUNLAP : | No. 10-611 |
|     Defendant. : | |

## CERTIFICATE OF SERVICE

William B. Jameson, hereby certifies that he did serve on this 26th day of March, 2010, the attached Plaintiff's Praecipe, upon the below listed counsel and Defendant via U.S. Mail, postage prepaid:

> W. Michael Holm, Esq.    James M. Dunlap
> Williams Mullen    4117 Portsmouth Boulevard
> 8270 Greensboro Dr., Suite 700    Portsmouth, VA 23701
> McLean, VA  22102

 3/26/10                                      /s/William B. Jameson
DATE                                      William B. Jameson, Esquire
                                            Attorney for Plaintiff
                                            AAMCO Transmissions, Inc.
                                            201 Gibraltar Road, Suite 150
                                            Horsham, PA 19044
                                            (610) 668-2900