IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
| Plaintiff, : | |
| v. : | |
| JAMES M. DUNLAP : | No. 10-611 |
| Defendant. : | |

**PLAINTIFF'S PRAECIPE TO DISMISS CASE PURSUANT RULE 41(a)(1)**

TO THE COURT CLERK:

In that Defendant has not filed any answer or motion for summary judgment, please dismiss this action, without prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully submitted,

3/26/10   /s/William B. Jameson
DATE   William B. Jameson, Esquire
Attorney for Plaintiff
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900

1

IN THE COURT OF COMMON PLEAS
MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
|     Plaintiff, : | |
| v. : | |
| JAMES M. DUNLAP : | No. 10-611 |
|     Defendant. : | |

**CERTIFICATE OF SERVICE**

William B. Jameson, hereby certifies that he did serve on this  26th  day of March, 2010, the attached Plaintiff's Praecipe, upon the below listed counsel and Defendant via U.S. Mail, postage prepaid:

    W. Michael Holm, Esq.    James M. Dunlap
    Williams Mullen    4117 Portsmouth Boulevard
    8270 Greensboro Dr., Suite 700    Portsmouth, VA 23701
    McLean, VA  22102

 3/26/10            /s/William B. Jameson
DATE          William B. Jameson, Esquire
          Attorney for Plaintiff
          AAMCO Transmissions, Inc.
          201 Gibraltar Road, Suite 150
          Horsham, PA 19044
          (610) 668-2900