IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHNELLE ALLEN | : | CIVIL ACTION |
| | : | NO. 10-611 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH MATHIAS, PHILADELPHIA | : | |
| WATER DEPARTMENT and CITY OF | : | |
| PHILADELPHIA | : | |
| | : | |
| Defendants. | : | |

**FILED**

AUG 08 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION FOR ENLARGEMENT OF TIME
## FOR DISCOVERY

The parties to this action, by their undersigned counsel, hereby stipulate and agree to a thirty (30) day extension of time from September 12, 2011 to complete fact discovery, subject to the Court's approval.

/s/ Mark McDermott
Mark McDermott, Esquire
Counsel for Plaintiff
Date: July 29, 2011

/s/ Toi Shields
Toi Shields, Esquire
Counsel for the City of Philadelphia
Date: July 29, 2011

/s/ Stanley Krakower
Stanley R. Krakower
Counsel for Kenneth Mathias
Date: July 29, 2011

BY THE COURT:

_____
The Hon. Eduardo C. Robreno
Date: 7/29/11