AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ EDPA _____ on the following  ☐ Patents or   X Trademarks:

| DOCKET NO.<br>10-611 | DATE FILED<br>2/12/10 | U.S. DISTRICT COURT<br>EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |
|---|---|---|
| PLAINTIFF<br>AAMCO Transmissions, Inc.<br>201 Gibraltar Road, Suite 100<br>Horsham, PA 19044 | | DEFENDANT<br>James M. Dunlap<br>1312 De Bree Avenue<br>Norfolk, VA 23517 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 851,209 | | AAMCO |
| 2 | 860,330 | | AAMCO |
| 3 | 1,127,710 | | AAMCO |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| DATE FILED: 3/26/2010. PLAINTIFF'S PRAECIPE TO DISMISS CASE PURSUANT RULE 41(a)(1). |

| CLERK<br>MICHAEL E. NUNZ | (BY) DEPUTY CLERK | DATE<br>8/1/12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy